SHIPLEY CONSTRUCTION AND SUPPLY COMPANY, Appellant, *v.* MARTIN MAGER et al., Respondents.

YORK MANUFACTURING COMPANY, Appellant, *v.* MARTIN MAGER et al., Respondents.

*Shipley Construction & Supply Co.* v. *Mager*, 165 App. Div. 866, affirmed.

*York Manufacturing Co.* v. *Mager*, 165 App. Div. 872, affirmed.

(Submitted October 16, 1917; decided October 30, 1917.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1915, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action for conversion of certain machinery installed by plaintiff in a certain brewery under an alleged conditional contract of sale. The plaintiff contended that only part of the purchase price had been paid; that defendants had bought at foreclosure sale the real property of the brewing company upon which the machinery above mentioned

was erected and situate; that at such foreclosure sale and prior to the commencement of the bidding, the plaintiff caused a notice to be read apprising all present of the aforesaid conditional sale contract and that the plaintiff had the right to and did elect to remove the said machinery; that thereafter the plaintiff made an oral and written demand on the defendants for the same and that it was refused. The foreclosure action was based on a mortgage made and executed three years, lacking two months, before the conditional sale contract involved herein.

*Jacob Landy* and *Herman W. Booth* for appellant.

*Joseph Rowan, Franklyn M. Silverstein* and *R. C. Cumming* for respondents.

Judgment in each case affirmed, with costs; no opinion. Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.